UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| In re: Chestek PLLC, | ) |
| | ) Appeal No. 2022-1843 |
| Appellant | ) |
| | ) |

## UNOPPOSED MOTION TO ENLARGE THE TIME FOR FILING THE DIRECTOR'S BRIEF

The Director of the United States Patent and Trademark Office ("Director") is Appellee in this case. Pursuant to Fed. Cir. R. 26, the Director requests that the time for filing the Director's brief, now due October 19, 2022, be extended forty-four (44) days to December 2, 2022. This is the first extension of time requested by the Director.

The Director requests additional time to prepare the agency's response because of the press of other business, including competing deadlines in other litigation matters, and the need to allow sufficient time for internal review. The undersigned Associate Solicitor contacted Appellant's counsel, Andrew Grossman, regarding this extension, and Mr. Grossman stated that Appellant does not oppose this motion.

This motion is accompanied by a declaration pursuant to Fed. Cir. R. 26(b)(3).

October 11, 2022

Respectfully submitted,

/s/ Mary Beth Walker
THOMAS W. KRAUSE
Solicitor

FARHEENA Y. RASHEED
Deputy Solicitor

CHRISTINA J. HIEBER
Senior Counsel for Trademark Litigation

MARY BETH WALKER
Associate Solicitor

Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, Virginia 22313
(571) 272-9035

*Attorneys for the Director of the*
*U.S. Patent and Trademark Office*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| **In re: Chestek PLLC,** | ) |
| | ) **Appeal No. 2022-1843** |
| **Appellant** | ) |
| | ) |

## DECLARATION IN SUPPORT OF UNOPPOSED MOTION
## TO ENLARGE THE TIME FOR FILING THE DIRECTOR'S BRIEF

1. I am the primary attorney assigned to work on this case.

2. I submit this declaration in accordance with Federal Circuit Rule 26(b)(3) and in support of the Director's first unopposed motion to enlarge the time for filing the Director's brief.

3. I believe good cause exists for the extension. This Office needs additional time to complete the Director's brief due to the press of other business, including competing deadlines in other litigation matters, and the need to allow sufficient time for internal review.

4. I contacted Appellant's counsel, Andrew Grossman, regarding this extension, and Mr. Grossman stated that Appellant does not oppose a 44-day extension, under which the Director's brief will be due on December 2, 2022.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.*

Executed on October 11, 2022         /s/ Mary Beth Walker
                                     MARY BETH WALKER
                                     Associate Solicitor

# **CERTIFICATE OF COMPLIANCE**

I hereby certify pursuant to Fed. R. App. P. 32(g)(1) that the foregoing UNOPPOSED MOTION TO ENLARGE THE TIME FOR FILING THE DIRECTOR'S BRIEF complies with the type-volume limitation required by the Court's rule. The total number of words in the foregoing motion is 267 words as calculated using the Word® software program.

/s/ Mary Beth Walker
Mary Beth Walker
Associate Solicitor
U.S. Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, Virginia 22313-1450