NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: CHESTEK PLLC,**
*Appellant*

2022-1843

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 88938938.

PER CURIAM.

**O R D E R**

Upon consideration of the parties' submissions docketed at ECF Nos. 40 and 41,

IT IS ORDERED THAT:

The Clerk of Court shall transmit this order and the parties' submissions to the merits panel assigned to this appeal.

FOR THE COURT

July 20, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court