# United States Court of Appeals for the Federal Circuit

---

**IN RE: CHESTEK PLLC,**
*Appellant*

---

2022-1843

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 88938938.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

February 13, 2024
Date

Jarrett B. Perlow
Clerk of Court